

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00393-CV

———————————————

MICHAEL A. FARRIS AND VOF PROPERTIES, LLC, Appellants

V.

LARRY BAYS, Appellee

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2018-000305-3

---

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Joint Motion to Set Aside Judgment and Remand to Trial Court Pursuant to Settlement Agreement." It is the court's opinion that the motion should be granted. Therefore, we reinstate this appeal, set aside the trial court's judgment and nunc pro tunc judgment without regard to the merits, and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 6, 2020